# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> OMAR ENRIQUE MENDOZA ) <br> DELGADO, ) <br> ) <br> Defendant. ) | Case No. 23-cr-1790-AJB <br><br> **JUDGMENT AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** <br><br> **HONORABLE ANTHONY J. BATTAGLIA** |

The United States of America's Motion to Dismiss the Indictment (ECF No. 12), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice.

**IT IS SO ORDERED.**

Dated:  November 17, 2023

_____
Hon. Anthony J. Battaglia
United States District Judge